NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERDIGITAL TECHNOLOGY CORPORATION,**
*Appellant*

**v.**

**LENOVO HOLDING COMPANY, INC., LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC,**
*Appellees*

---

2022-1924

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01494.

---

**JUDGMENT**

---

MATTHEW A. ARGENTI, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for appellant.  Also represented by WESLEY EUGENE DERRYBERRY, Washington, DC; MICHAEL T. ROSATO, Seattle, WA.

JOSEPH A. MICALLEF, Sidley Austin LLP, Washington, DC, argued for appellees.  Also represented by SCOTT BORDER, Winston & Strawn LLP, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 6, 2023
Date

Jarrett B. Perlow
Clerk of Court